1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES REGINALD COOKS,                No.  2:16-cv-0068-EFB P

12              Plaintiff,

13        v.                                ORDER

14   CHARLAINE F. OLMEDO, et al.,

15              Defendants.

16

17

18        Plaintiff is a state prisoner proceeding without counsel in a civil action.  His complaint

19   arises out of events that occurred in Los Angeles County.  He seeks leave to proceed in forma

20   pauperis pursuant to 28 U.S.C. § 1915.

21        The federal venue statute provides that a civil action "may be brought in (1) a judicial

22   district in which any defendant resides, if all defendants are residents of the State in which the

23   district is located, (2) a judicial district in which a substantial part of the events or omissions

24   giving rise to the claim occurred, or a substantial part of property that is the subject of the action

25   is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

26   this action, any judicial district in which any defendant is subject to the court's personal

27   jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

28   /////

                                           1

1         In this case, defendants are located in and the claim arose in Los Angeles County.

2 Because Los Angeles County lies within the venue of the Western Division of the Central District

3 of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b); 28

4 U.S.C. § 84(c)(2).

5         Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Western

6 Division of United States District Court for the Central District of California. *See* 28 U.S.C.

7 § 1406(a).

8 DATED: January 14, 2016.

                            EDMUND F. BRENNAN

9                             UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2